

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00132-CV

**IN RE** Thomas Lancaster **PRIDGEN III**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed: March 20, 2013

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

On February 21, 2013, Relator Thomas Lancaster Pridgen III filed a petition for writ of mandamus, complaining of the trial court's ruling allowing Real Party in Interest Susan Pridgen to appear telephonically at a hearing on temporary orders. On February 21, 2013, this court entered an order requesting a response from the Honorable Barbara Hanson Nellermoe and the Real Party in Interest and entering a stay of the trial court proceedings. On March 5, 2013, Real Party in Interest filed a motion to dismiss the petition for writ of mandamus, contending the petition for writ of mandamus is moot because the Real Party in Interest has agreed to appear in person for the hearing on temporary orders instead of proceeding telephonically. On March 6,

---

[1] This proceeding arises out of Cause No. 2013-CI-00079, styled *In the Matter of the Marriage of Susan Pridgen and Thomas Lancaster Pridgen III*, pending in the 225th Judicial District Court, Bexar County, Texas, the Honorable Peter Sakai presiding. However, the ruling complained of was made by the Honorable Barbara Hanson Nellermoe, presiding judge of the 45th Judicial District Court, Bexar County, Texas.

2013, Relator filed a response to the motion to dismiss and a motion for sanctions, and on March 11, 2013, Judge Nellermoe filed a response to the petition.

The court has considered the petition, the responses, and the motions filed by the parties and has determined the ruling complained of is now moot.  Therefore, the petition for writ of mandamus is DISMISSED AS MOOT.  Furthermore, the motion for sanctions is DENIED and all other motions that have been filed in this proceeding are DENIED AS MOOT.

PER CURIAM